ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:      (415) 431-4500
Fax:          (415) 255-8631
E-Mail:     rwlaw@mindspring.com

Attorney for Defendant HA'NAI IBRAHIM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15 00444CRB |
| Plaintiff, | **STIPULATION AND** ~~[PROPOSED]~~ **ORDER RE MODIFICATION OF RELEASE CONDITIONS** |
| v. | |
| HA'NAI IBRAHIM, | |
| Defendant. | |

    **IT IS HEREBY STIPULATED** that the conditions of release for Defendant Ha'nai Ibrahim in the above entitled case be modified such that he will be placed on a curfew to be monitored by United States Pretrial Services. Mr. Ibrahim is allowed to leave his residence in Daly City at 8:00 a.m. every day if necessary for lawful activity. Mr. Ibrahim is to return to his residence by 11:45 p.m. on days that he is working at his family's business, the Pizza Zone restaurant at 178 Valencia Street, San Francisco, California, 94103. On days that he is not working, Mr. Ibrahim is to return to his residence by 10:00 p.m.

    By previous order Mr. Ibrahim is allowed to work six days a week between 3:00 p.m. to 11:00 p.m. at the Valencia Street Pizza Zone, and is to provide information regarding his work schedule to United States Pretrial Services.

    This modification has been approved by supervising United States Pretrial Services Officer Anthony Granados. To date, Mr. Ibrahim has been in basic compliance with conditions of

his pretrial release. Mr. Ibrahim has now been sentenced and has a self surrender date of December 12, 2016.

All other conditions of Mr. Ibrahim's release are to remain the same. Specifically, there is a continuing condition that Mr. Ibrahim is to stay away from the Bayview/Hunters Point neighborhood.

Dated: October 18, 2016

/s/
ROBERT WAGGENER
Attorney for Defendant
HA'NAI IBRAHIM

Dated: October 18, 2016

/s/
SCOTT D. JOINER
Assistant United States Attorney

**IT IS SO ORDERED.** that the conditions of release for Defendant Ibrahim be modified per the above stipulation. All other conditions of Mr. Ibrahim's release remain the same.

Dated: October 20, 2016

SALLIE KIM
United States Magistrate Judge

**STIP & ORDER RE MODIFICATION OF RELEASE CONDITIONS**                -2-